**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 04/15/2015 # of months: 2 |
|---|---|---|---|
| **DEBORAH NMN PATTERSON** | **14-60733** | **12/30/2014** | **$1,090.00** |

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtor, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtor aforementioned have defaulted in making their payments matured under the confirmed plan.

**PLEASE TAKE NOTICE** that on **June 25, 2015** at **9:30 A.M.**, in U. S. Courthouse, 1101 Court Street, Lynchburg, VA 24504-the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtor and Debtor's counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on April 15, 2015, copies of this Petition and Notice have been mailed to, Debtor, DEBORAH NMN PATTERSON, 25 NEW DOMINION LANE, CUMBERLAND, VA 23040, and that the Attorney for the Debtor has been notified electronically by ECF.

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net