**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-60733-RBC |
| DEBORAH NMN PATTERSON | ) | |
| DEBTOR(S) | ) | CHAPTER 13 |

**ORDER ON MOTION TO SUBSTITUTE COUNSEL**

This Day came the Debtor, by counsel, and made motion that Robert B. Duke Jr. be withdrawn as counsel of record and that Richard J. Oulton be recognized as counsel of record in this case. It appearing to the Court to be proper it is hereby

**O R D E R E D**

that Robert B. Duke Jr. is hereby relieved as counsel of record in this case and Richard J. Oulton is hereby recognized as counsel of record in this matter.

Debtor(s) counsel shall mail a copy of this order, within seven (7) days of this order, to the Debtor(s), to the trustee and certify in writing to the Court.

ENTERED: 4/22/2015

/s/ Rebecca B Connelly
U.S. Bankruptcy Judge

I ask for this:

/s/ Richard J. Oulton
Richard J. Oulton, Esq.
America Law Group, Inc.
8501 Mayland Drive, Suite 106
Henrico, VA 23294
(804) 308-0051
2debtlawgroup@gmail.com

SEEN AND AGREED:

/s/ Robert B. Duke Jr.
Robert B. Duke Jr., Esq.
America Law Group, Inc.
207 A South Main Street
Blackstone, VA 23824
(434) 227-8091
rdukelaw@gmail.com